**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

**No. 25-6172**

––––––––––

JAMES ANTHONY BARNETT, JR., a/k/a Lady Ja Barnett,

Plaintiff - Appellant,

v.

WILLIAM MOURING,

Defendant - Appellee.

––––––––––

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03200-D)

––––––––––

Submitted:  September 25, 2025                    Decided:  September 30, 2025

––––––––––

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––

James Anthony Barnett, Jr., Appellant Pro Se.

––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Barnett, Jr., who goes by Lady Ja Barnett, appeals the district court's order denying relief on her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Barnett v. Mouring*, No. 5:22-ct-03200-D (E.D.N.C. Feb. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*